UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20235-CR-BLOOM/OTAZO-REYES

IN RE SEALED INDICTMENT
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrant, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, arrest warrant, and this Order shall be filed under seal until the arrest of Daniel Lesin or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 2nd day of June, 2022.

_____
HONORABLE MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Roger Cruz