UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **22-20235-CR-BLOOM**

UNITED STATES OF AMERICA

vs.

DANIEL LESIN,

      **Defendant.**

_____/

## MOTION TO UNSEAL INDICTMENT

The United States, by and through the undersigned Assistant United States Attorney, and files this motion to unseal the indictment against defendant Daniel Lesin and states the following:

1. On June 2, 2022, a Grand Jury returned an indictment charging the defendant with Wire Fraud, in violation of Title 18, United States Code, Section 1343.

2. The indictment was ordered sealed until further order of the Court. On June 2, 2022, the defendant was arrested in the State of New Jersey.

3. The Court's prior order sealing the indictment is no longer required.

WHEREFORE, the United States respectfully requests that the indictment be unsealed by the Court.

Dated: June 28, 2022

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   _/s/Roger Cruz_____
Roger Cruz
Assistant United States Attorney
Florida Bar No. 157971
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9207
E-mail: Roger.Cruz@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **22-mj-02923-Damian**

**UNITED STATES OF AMERICA**

vs.

**DANIEL LESIN,**

    **Defendant.**

_____/

## MOTION TO UNSEAL COMPLAINT

The United States, by and through the undersigned Assistant United States Attorney, and files this motion to unseal the complaint against defendant Daniel Lesin and states the following:

1. On May 29, 2022, the Honorable Melissa Damian, United States Magistrate Judge found there was probable cause for a complaint charging the defendant with Wire Fraud, in violation of Title 18, United States Code, Section 1343.

2. The complaint was ordered sealed until further order of the Court. On June 2, 2022, the defendant was arrested in the State of New Jersey.

3. On June 2, 2022, the defendant appeared for Initial Appearance before the duty Magistrate Judge in New Jersey. The defendant consented to detention with the right to make a bail request in the Southern District of Florida ("SDFL"). The Court issued a Commitment to Another District ordering the United States Marshals Service ("USM") to transport the defendant to the SDFL.

4. On today's date, we received confirmation from the USM in Miami that the defendant is now housed at FDC-Miami.

5. The Court's prior order sealing the criminal complaint, affidavit, arrest warrant and accompanying documents is no longer required.

WHEREFORE, the United States respectfully requests that the criminal complaint, affidavit, arrest warrant, and accompanying documents in this matter be unsealed by the Court.

Dated:  June 28, 2022

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  */s/Roger Cruz*
Roger Cruz
Assistant United States Attorney
Florida Bar No. 157971
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9207
E-mail: Roger.Cruz@usdoj.gov