UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20235-CR-BLOOM

UNITED STATES OF AMERICA

vs.

DANIEL LESIN,

      Defendant.
_____/

## ORDER TO UNSEAL INDICTMENT

THIS CAUSE having come on before the Court on the motion of the United States to unseal the indictment, and the Court being fully advised in the premises and finding good cause therefore, it is hereby:

**ORDERED AND ADJUDGED** that the motion is GRANTED. The Clerk of Court is ordered to unseal the indictment in the above-captioned case.

**DONE AND ORDERED** in chambers at Miami, Florida this 28th day of June 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Roger Cruz, AUSA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **22-mj-02923-Damian**

UNITED STATES OF AMERICA

vs.

DANIEL LESIN,

      **Defendant.**

_____/

## ORDER TO UNSEAL COMPLAINT

THIS CAUSE having come on before the Court on the motion of the United States to unseal the criminal complaint, affidavit, arrest warrant and accompanying documents, and the Court being fully advised in the premises and finding good cause therefore, it is hereby:

**ORDERED AND ADJUDGED** that the motion is GRANTED. The Clerk of Court is ordered to unseal the criminal complaint, affidavit, arrest warrant and accompanying documents in the above-captioned case.

**DONE AND ORDERED** in chambers at Miami, Florida this 28th day of June 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:  Roger Cruz, AUSA