UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 22-20235-Cr.-Bloom

vs.

DANIEL LESIN

    Defendant.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Stephen James Binhak, of the Law Office of Stephen James Binhak, P.L.L.C., enters this appearance as counsel on behalf of Defendant Daniel Lesin solely as local counsel in this case for trial and all proceedings in the District Court only. Please serve all pleadings and papers on the undersigned at the address listed below.

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

June 29, 2022

        Respectfully Submitted,

**THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.**
*Attorneys for Daniel Lesin*
One Southeast Third Ave., Suite 2600
Miami, Florida  33131
Telephone: (305) 361-5500

By: /s/ Stephen James BInhak
Stephen James Binhak, Esq.
Florida Bar No. 736491
binhaks@binhaklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2022, I electronically filed the foregoing motion with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          /s/ Stephen James Binhak
      STEPHEN JAMES BINHAK