# MINUTE ORDER

Page 13

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**                     Date: 6/29/2022    Time: 2:00 p.m.

Defendant: DANIEL LESIN              J#: 03781-510    Case #: 22-20235-CR-BLOOM

AUSA: Roger Cruz                     Attorney: Stephen Binhak - perm
                                               Jeffrey Lichtman - phv
Violation: WIRE FRAUD                Surr/Arrest Date: 6/29/22    YOB: 1998

Proceeding: Initial Appearance                      CJA Appt: _____

Bond/PTD Held: ○ Yes  ✓ No          Recommended Bond: _____

Bond Set at: Stip PTD                               Co-signed by: _____

| | | |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs | Language: English |
| ☐ | Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | Disposition: |
| ☐ | Random urine testing by Pretrial Services | Zoom consent |
| | Treatment as deemed necessary | Brady Order |
| ☐ | Refrain from excessive use of alcohol | Rights |
| ☐ | Participate in mental health assessment & treatment | Charges |
| ☐ | Maintain or seek full-time employment/education | Mr. Lichtman has |
| ☐ | No contact with victims/witnesses, except through counsel | pending PHV motion |
| ☐ | No firearms | Mr. Binhak filed |
| ☐ | Not to encumber property | a notice of perma- |
| ☐ | May not visit transportation establishments | nent appearance via |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | CM/ECF |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ | Travel extended to: _____ | Time from today to _____ excluded from Speedy Trial Clock |
| ☐ | Other: _____ | |

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: 

PTD/Bond Hearing: 7/7  10:00 a.m.  Duty Magistrate

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. Zoom FOR 6/29/22 2:00 p.m.    Time in Court: 10 min
4:02 p.m.              s/Alicia M. Otazo-Reyes              Magistrate Judge