UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20235-BB

**UNITED STATES OF AMERICA,**

vs.

**DANIEL LESIN,**

       **Defendant.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Emily R. Stone, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

By:    *s/ Emily R. Stone*
    Emily R. Stone
    Assistant United States Attorney
    Florida Bar No. 092077
    99 N.E. 4th Street, 7th Floor
    Miami FL, 33132-2111
    Telephone: (305) 961-9407
    E-mail: Emily.Stone@usdoj.gov