# COURT MINUTES
Page 2

## Magistrate Judge Chris M. McAliley

| Atkins Building Courthouse - 6th Floor | Date: 7/7/22 | Time: 10:00 a.m. |
|---|---|---|

Defendant: Daniel Lesin        J#: 03781-510    Case #: 22-20235-CR-BLOOM
AUSA: Ellen D'Angelo           Attorney: J. LICHTMAN (PHV) S. BINHAK (PERM) ✓
Violation: WIRE FRAUD
Proceeding: ARRAIGNMENT                              CJA Appt: _____
Bond/PTD Held: ⌐   ⌐         Recommended Bond: _____
Bond Set at: PTD (stip)                              Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:
Brady Warning already given
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 10:20:03                                    Time in Court: 1 Minute